**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**FILED**
MAY 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN ALEXANDER DRURY

    Defendant.

CASE NUMBER: 2:15-MJ-0075 EFB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: NATHAN ALEXANDER DRURY
Detained at: BUTTE COUNTY JAIL

Detainee is:
  a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
       charging detainee with: 18 U.S.C. § 2252(a)(4)(B)
or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
  b.) ☒ be retained in federal custody until final disposition of federal charges.

*Initial Appearance is necessary on Thursday, May 21, 2015 at 2:00PM in the Eastern District of California.*

Signature: _[signed]_
Printed Name & Phone No: BRIAN A. FOGERTY (916) 554-2734
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Thursday, May 21, 2015 at 2:00PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/18/15

_[signed]_
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 165194 | DOB: | 06/22/1978 |
| Facility Address: | 33 County Center Dr. Oroville, CA 95965 | Race: | |
| Facility Phone: | (530) 538-7471 | FBI#: | |
| Currently | Butte County Jail | | |

## RETURN OF SERVICE

Executed on: _____ _____
                            (signature)